Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: JOHN TASKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TASKER, on behalf of himself and all similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE ASSOCIATED PRESS, a New York not-for-profit corporation,<br><br>　　　　　Defendant. | Case No: 5:26-cv-02963-SSS-SP<br><br>Hon. Sunshine S. Sykes<br><br>**NOTICE OF SETTLEMENT** |

1

Plaintiff JOHN TASKER ("Plaintiff") by and through his undersigned counsel hereby gives the Court notice that Plaintiff and Defendant THE ASSOCIATED PRESS, a New York not-for-profit corporation ("Defendant") have reached a settlement in this matter.

Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates and deadlines, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Notice of Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims to be filed thereafter.

Dated: July 10, 2026                          **NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

2

NOTICE OF SETTLEMENT