Reuben D. Nathan, Esq. (SBN 208436)
rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798

Ross Cornell, Esq. (SBN 210413)
rc@rosscornelllaw.com
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708

Attorneys for Plaintiff JOHN TASKER

[Counsel for Defendant on Next Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN TASKER, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br>v.<br><br>THE ASSOCIATED PRESS, a New York not-for-profit corporation,<br><br>Defendant. | Case No.: 5:26-cv-02963-SSS-SP<br><br>Hon. Sunshine S. Sykes<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Desiree N. Murray, Esq. (SBN 330079)
desiree.murray@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Tel: 424.221.7470
Fax: 424.221.7499

Katy Spicer, Esq.
katy.spicer@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
The McPherson Building
901 15th Street, NW, Suite 1200
Washington, D.C., 20005
Tel: 202.689.2800
Fax: 202.689.2860

Attorneys for Defendant THE ASSOCIATED PRESS,
a New York not-for-profit corporation,

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff JOHN TASKER and Defendant THE ASSOCIATED PRESS, a New York not-for-profit corporation, acting by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: September 18, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Telephone: (562) 612-1708
E-Mail: rc@rosscornelllaw.com

*Attorneys for Plaintiff*

/ / /

/ / /

Dated: September 18, 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Desiree N. Murray*
Desiree N. Murray, Esq.
desiree.murray@nelsonmullins.com
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Tel: 424.221.7470
Fax: 424.221.7499

Katy Spicer, Esq.
katy.spicer@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
The McPherson Building
901 15th Street, NW, Suite 1200
Washington, D.C., 20005
Tel: 202.689.2800
Fax: 202.689.2860

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 18, 2026

By: /s/ Reuben D. Nathan
Reuben D. Nathan